

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-13-2007

# In Re: Fleming Co

Precedential or Non-Precedential: Precedential

Docket No. 05-2365

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Fleming Co " (2007). *2007 Decisions*. Paper 342.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/342

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-2365
_____

IN RE: FLEMING COMPANIES, INC., ET AL.,

Debtors

AWG ACQUISITION LLC;
ASSOCIATED WHOLESALE GROCERS, INC.,

Appellants

_____

On Appeal from the United States District Court
for the District of Delaware
(No. 04-cv-00371)
District Judge: Honorable Sue L. Robinson, Chief Judge
Argued: December 12, 2006

Before:  FISHER, CHAGARES, Circuit Judges,
and BUCKWALTER, Senior District Judge[*]


**ORDER AMENDING OPINION**

CHAGARES, Circuit Judge

IT IS HEREBY ORDERED that the opinion in the above case, filed August 22, 2007, be amended as follows:

On page 2, change contact information for appellee's counsel, Richard A. Chesley as follows:

_____

[*]The Honorable Ronald L. Buckwalter, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

Richard A. Chesley
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois   60606

By the Court,


/s/ Michael A. Chagares
Circuit Judge

Dated: September 13, 2007
DMM/cc: Mark T. Benedict, Esq.
         Selinda A. Melnik, Esq.
         Leonard L. Wagner, Esq.
         Richard A. Chesley, Esq.
         Daniel J. DeFranceschi, Esq.